**United States District Court**
**Northern District of New York**

| | | |
|---|---|---|
| ALEXANDRIA R. SMITH, | ) | Case No. 6:22-cv-00020 |
| *Plaintiff,* | ) | |
| | ) | |
| vs. | ) | |
| | ) | **STIPULATION FOR ALLOWANCE OF** |
| KILOLO KIJAKAZI, | ) | **FEES UNDER THE** |
| Acting Commissioner of the Social | ) | **EQUAL ACCESS TO JUSTICE ACT** |
| Security Administration, | ) | |
| *Defendant.* | ) | |

  **IT IS HEREBY STIPULATED** by and between Amanda Lockshin, Special Assistant United States Attorney, for Carla B. Freedman, the United States Attorney for the Northern District of New York, attorneys for the Defendant, and Peter W. Antonowicz, Esq., attorney for the Plaintiff, that the Defendant agrees to pay to the Plaintiff attorney fees in the amount of **$5,800** pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA. The attorney fees shall be paid to Plaintiff's counsel, provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program, since the Plaintiff filed a duly executed assignment of the EAJA fees with the Court.

Dated: April 17, 2023

By: *s/ Amanda Lockshin*      *s/*_____
   Amanda Lockshin, Bar No. 516696  Peter W. Antonowicz, Bar No. 101040
   Special Assistant United States Attorney 148 West Dominick Street
   Office of Program Litigation, Office 2  Rome, NY 13440
   Office of the General Counsel    phone: (315) 337-4008
   Social Security Administration   peter@disabilitya-z.com
   6401 Security Boulevard
   Baltimore, MD 21235
   phone: (212) 264-2474
   amanda.lockshin@ssa.gov

**SO ORDERED:**
_____
Mae A. D'Agostino
United States District Judge

_April 18_____, ___, 2023